**Marjorie Murtagh COOKE, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 2009–5049.**

United States Court of Appeals, Federal Circuit.

June 11, 2009.

**In re Thomas H. WRIGHT and James J. Ziarno.**

**No. 2009–1301.**

United States Court of Appeals, Federal Circuit.

June 11, 2009.

R. Scott Oswald, The Employment Law Group, P.C. Washington, DC, for Plaintiff–Appellee.

Meredyth Cohen Havasy, Department of Justice, Washington, DC, for Defendant–Appellant.

Richard K. Warther, Allen, Dyer, Doppelt, Milbrath, Orlando, FL, for James J. Ziarno and Thomas H. Wright.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, John J. Doll, Acting Director, Patent and Trademark Office.

### ORDER

The parties having so agreed, it is

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).